

**SEALED**

FILED

March 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       RR
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**Case No: SA:25-CR-00169-JKP**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**CEPHAS KANYIRI BAYOR**<br><br>**Defendant** | **INDICTMENT**<br><br>**COUNTS 1-4:** 18 U.S.C. § 933 – Firearms Trafficking<br><br>**COUNTS 5-12:** 18 U.S.C. §§ 922(a)(6) & 924(a)(2) - False Statement in Connection with the Purchase of a Firearm<br><br>**COUNTS 13-19:** 18 U.S.C. § 554 – Smuggling Goods from the United States |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 933]**

On or about January 27, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

did receive from another person, in or otherwise affecting interstate and foreign commerce, a firearm, to wit, a Taurus Armas G3C, 9 mm caliber pistol, bearing serial number 1KA30820, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit, a violation of 18 U.S.C. §§ 371 and 554, in violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

1

## COUNT TWO
### [18 U.S.C. § 933]

On or about July 26, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

did receive from another person, in or otherwise affecting interstate and foreign commerce, firearms, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACM658666, and a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACM658429, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit, a violation of 18 U.S.C. §§ 371 and 554, in violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT THREE
### [18 U.S.C. § 933]

On or about August 2, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

did receive from another person, in or otherwise affecting interstate and foreign commerce, a firearm, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACK452747, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit, a violation of 18 U.S.C. §§ 371 and 554, in violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT FOUR
### [18 U.S.C. § 933]

On or about January 10, 2023, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

did receive from another person, in or otherwise affecting interstate and foreign commerce, firearms, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG462635, a

2

Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG446452, and a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG462877, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit, a violation of 18 U.S.C. §§ 371 and 554, in violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT FIVE
### [18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

On or about July 9, 2021, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number 1C039173, and a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number 1C039642, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX
### [18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

On or about January 22, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a Taurus Armas G3C, 9 mm caliber pistol,

3

bearing serial number 1KA30820, and a Taurus Armas G3C, 9 mm caliber pistol, bearing serial number 1KA09880, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN
**[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]**

On or about July 22, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACM658666, and a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACM658429, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title

4

18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT
### [18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

On or about July 28, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACK452747, and a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACK427638, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE
### [18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

On or about July 28, 2022, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of a firearm, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number TKX43404, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed

dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT TEN**
**[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]**

On or about January 4, 2023, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG462635, a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG446452, and a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG462877, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

6

### COUNT ELEVEN
**[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]**

On or about May 1, 2023, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a TİSAŞ Zigana PX-9, 9 mm caliber pistol, bearing serial number T062021BM08753, a TİSAŞ Zigana PX-9, 9 mm caliber pistol, bearing serial number T062021BM08754, and a TİSAŞ Zigana PX-9, 9 mm caliber pistol, bearing serial number T062021BM04948, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWELVE
**[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]**

On or about May 11, 2023, in the Western District of Texas, Defendant,

**CEPHAS KANYIRI BAYOR,**

in connection with the acquisition of firearms, to wit, a TİSAŞ Zigana PX-9, 9 mm caliber pistol, bearing serial number T062021BM05798, a TİSAŞ Zigana PX-9, 9 mm caliber pistol, bearing serial number T062021BM08751, and a TİSAŞ Zigana PX-9, 9 mm caliber pistol, bearing serial number T062021BM08752, from a licensed dealer of firearms within the meaning of Chapter 44,

Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **CEPHAS KANYIRI BAYOR** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THIRTEEN
### [18 U.S.C. § 554]

Between on or about January 27, 2022, and on or about August 8, 2022, in the Western District of Texas and elsewhere, Defendant,

### CEPHAS KANYIRI BAYOR,

knowingly exported and sent a firearm, to wit: a Taurus Armas G3C, 9 mm caliber pistol, bearing serial number 1KA30820, and received and bought said firearm prior to exportation, knowing it was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

## COUNT FOURTEEN
### [18 U.S.C. § 554]

Between on or about July 26, 2022, and on or about November 21, 2022, in the Western District of Texas and elsewhere, Defendant,

### CEPHAS KANYIRI BAYOR,

knowingly exported and sent a firearm, to wit: a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACM658429, and received and bought said firearm prior to exportation, knowing it was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

### COUNT FIFTEEN
**[18 U.S.C. § 554]**

Between on or about July 26, 2022, and on or about November 29, 2022, in the Western District of Texas and elsewhere, Defendant,

### CEPHAS KANYIRI BAYOR,

knowingly exported and sent a firearm, to wit: a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACM658666, and received and bought said firearm prior to exportation, knowing it was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

### COUNT SIXTEEN
**[18 U.S.C. § 554]**

Between on or about August 2, 2022, and on or about November 21, 2022, in the Western District of Texas and elsewhere, Defendant,

### CEPHAS KANYIRI BAYOR,

knowingly exported and sent a firearm, to wit: a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ACK452747, and received and bought said firearm prior to exportation, knowing it

was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

## COUNT SEVENTEEN
### [18 U.S.C. § 554]

Between on or about January 10, 2023, and on or about February 8, 2023, in the Western District of Texas and elsewhere, Defendant,

## CEPHAS KANYIRI BAYOR,

knowingly exported and sent a firearm, to wit: a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG462635, and received and bought said firearm prior to exportation, knowing it was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

## COUNT EIGHTEEN
### [18 U.S.C. § 554]

Between on or about January 10, 2023, and on or about February 10, 2023, in the Western District of Texas and elsewhere, Defendant,

## CEPHAS KANYIRI BAYOR,

knowingly exported and sent a firearm, to wit: a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG446452, and received and bought said firearm prior to exportation, knowing it was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant

knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

## COUNT NINETEEN
**[18 U.S.C. § 554]**

Between on or about January 10, 2023, and on or about December 19, 2023, in the Western District of Texas and elsewhere, Defendant,

**CEPHAS KANYIRI BAYOR,**

knowingly exported and sent a firearm, to wit: a Taurus Armas G2C, 9 mm caliber pistol, bearing serial number ADG462877, and received and bought said firearm prior to exportation, knowing it was intended for exportation contrary to any law or regulation of the United States, to wit, Title 15, Code of Federal Regulations, Parts 736.2(b)(1), 774, and 738, Supplement 1, in that Defendant knew he did not have a license or written authorization for such exports, all in violation of Title 18, United States Code, Section 554.

A TRUE BILL



FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
FOR CHRISTOPHER K. MANGELS
Assistant United States Attorney

11